1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY BARDENSTEIN, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CROWN CASTLE USA, INC., a Pennsylvania Corporation; S COM, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendant. | CASE NO. SACV09-0994 CJC PJWx<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL** |

LEGAL_US_W # 65230273.1

[PROPOSED] ORDER RE JOINT
STIPULATION FOR DISMISSAL

# [PROPOSED] ORDER

Based upon the foregoing stipulation and good cause appearing, the Court hereby orders that the above-captioned action as to Defendant Crown Castle USA, Inc. is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATE: July 15, 2010          SIGNED:_____
                             THE HONORABLE
                             CORMAC J. CARNEY